**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRETT LEE WILLIAMS,<br><br>            Plaintiff,<br><br>     v.<br><br>JOSEPH A. LANE, et al.,<br><br>            Defendants. | Case No. CV 14-5464 JAK (SS)<br><br>**ORDER ACCEPTING FINDINGS,**<br>**CONCLUSIONS AND RECOMMENDATIONS**<br>**OF UNITED STATES MAGISTRATE JUDGE** |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Complaint, all the records and files herein and the Report and Recommendation of the United States Magistrate Judge.  The time for filing Objections to the Report and Recommendation has passed and no Objections have been received.  The Court modifies the Report briefly, as stated below.

    In the Report, the Magistrate Judge noted that the docketed version of the Second Amended Complaint was missing four pages.  (Report, p. 7, n. 8).  Subsequently, a complete version of the Second Amended Complaint was located and docketed.  (Docket No.

12). The complete Second Amended Complaint includes allegations omitted from the docketed version. In the complete version, Plaintiff states an additional claim under "federal contract law." (Docket No. 12, SAC at 19-22). However, the Court has reviewed the additional allegations and finds that they contain the same defects as Plaintiff's other claims. Accordingly, the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge.

IT IS ORDERED that Judgment shall be entered dismissing this action with prejudice.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment herein on Plaintiff at his current address of record.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: April 07, 2015

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE