**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRETT LEE WILLIAMS, | Case No. CV 14-5464 JAK (SS) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| JOSEPH A. LANE, et al., | |
| Defendants. | |

    Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: April 07, 2015

 

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE